# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 6, 2016

Robert P. Young, Jr.,
Chief Justice

153063 & (16)(17)(18)(19)(20)(24)(31)(33)(34)

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                        SC: 153063
                                        COA: 329878
                                        Wayne CC: 06-006411-FC

DERRICK CLAYTON,
      Defendant-Appellant.

_____/

On order of the Court, the motions to strike and for immediate consideration are GRANTED. The application for leave to appeal the December 21, 2015 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). The motion to remand to the trial court for an evidentiary hearing is DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 6, 2016



Clerk

p0503